FOGLER v. KAHN et al., (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Henry Fogler against Sigmund Kahn and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

FOLEY, Appellant, v. WRIGHT, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Timothy Foley against Josiah P. Wright.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

---

FOX, Appellant, v. BURNHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by William B. Fox, Jr., against Manly A. Burnham and another. No opinion. Motion denied, with $10 costs.

---

FRANK, Respondent, v. QUEENS COURT REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Seamon Frank against the Queens Court Realty Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

FRANKLIN, Appellant, v. PINKUS, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Martha Franklin against Charles Pinkus. No opinion. Motion to dismiss appeal denied. Held, that the remedy of the respondent is to move at Special Term to have the case and exceptions declared abandoned.

---

In re FROMAN. (Supreme Court, Appellate Division, First Department. June 9, 1908.) In the matter of Samuel Froman, deceased.

PER CURIAM. Motion denied, upon condition that, if respondent consents, the case be submitted at the present term, or, if the respondent do not so consent, then upon condition that the appellant have his appeal ready for argument at the October term of this court. Order filed.

---

FULTON, Respondent, v. CONTINENTAL PAPER BAG CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by James N. Fulton against the Continental Paper Bag Company. No opinion. Judgment and order affirmed, with costs.

---

In re GAFFNEY. (Supreme Court, Appellate Division, First Department. June 12, 1908.) In the matter of James J. Gaffney. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re GARDENIER. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In the matter of the proceedings for the disbarment of Wilson H. Gardenier, an attorney and counselor at law. No opinion. Application denied.

---

GATTO, Respondent, v. FLANNAGAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Ferdinando Gatto against William W. Flannagan. No opinion. Judgment and order affirmed, with costs.

---

GELOF v. MORGENROTH et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Morris Gelof against Jacob Morgenroth and others. No opinion. Motion granted. Order signed.

---

GERST, Appellant, v. BUFFALO COMMERCIAL INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Charles Gerst against the Buffalo Commercial Insurance Company. H. Wintner, for appellant. L. Levy, for respondent. No opinion. Judgment affirmed, with costs.

---

GERST, Appellant, v. BUFFALO GERMAN INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Charles Gerst against the Buffalo German Insurance Company. No opinion. Judgment affirmed, with costs. Order filed.

---

GILBERT, Appellant, v. MICHEL, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Amanda L. Gilbert against Leonhard Michel. No opinion. Interlocutory judgment affirmed, with costs.

---

GILLIGAN, Respondent, v. CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Bartholomew A. Gilligan against the city of Watertown.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents. McLENNAN, P J., not sitting.

---

GILPIN, Respondent, v. SAVAGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Richard S. Gilpin against William M. Savage. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to answer upon payment of the costs of the demurrer and of this appeal.

---

In re GLINOWIECKI. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) In the matter of the application of Erwin Glinowiecki for admission to the bar. No opinion. Application granted.

---

GOETZ v. RIES et al. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Ludwig E. Goetz against Nathan Ries, impleaded with others. W. N.

Cohen, for appellant. A. Benedict, for respondent. No opinion. Judgment affirmed, without costs. Order filed.

In re GOGARN. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) In the matter of the application of Julius W. Gogarn for admission to the bar. No opinion. Application granted.

GOLDZIER v. GOODRICH. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Morris Goldzier against Edward I. Goodrich. No opinion. Application denied, with $10 costs. Order signed.

GORDON, Respondent, v. ELDREDGE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Robert Gordon against Elliott Eldredge and others. No opinion. Judgment and order affirmed, with costs.

GORDON et al. v. LYNCH. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Appeal from Trial Term. Action by Morris J. Gordon and another against Fannie G. Lynch. From a judgment on a directed verdict, and an order denying a motion for a new trial, defendant appeals. Reversed. Charles M. Weeks, for appellant. William D. Gaillard, for respondents.

PER CURIAM. We think that there was a question of fact presented which should have been left to the jury, and that the motion to that effect by the defendant was made in time. The judgment and order must be reversed, and new trial ordered, with costs to appellant to abide event.

GORDON, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Louis Gordon against the New York Telephone Company. I. R. Oeland, for appellant. T. J. O'Neill, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent

GORNOYA, Respondent, v. ALSEN'S AMERICAN PORTLAND CEMENT WORKS, Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Louis Gornoya against Alsen's American Portland Cement Works. No opinion. Judgment and order unanimously affirmed, with costs.

GRANT et al. v. COBRE GRANDE COPPER CO. et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by James A. Grant and others against the Cobre Grande Copper Company, impleaded with others. No opinion. Motion granted. Questions certified. Order filed.

GRAVES. Respondent, v. KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1908.) Action by Electa R. Graves against the Knights of the Maccabees of the World.

PER CURIAM. It appearing that there are not four justices qualified to sit in this appeal, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

GRAVIER v. STAR CO. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Appeal from Trial Term. Action by Henry Gravier against the Star Company. From a judgment for plaintiff, and an order denying motion for new trial, defendant appeals. Reversed, unless plaintiff shall stipulate to reduce the verdict, in which event the judgment, as modified, to be affirmed. Clarence J. Shearn, for appellant. Hugo Wintner, for respondent.

PER CURIAM. The verdict in this case was excessive, and on that ground the judgment and order must be reversed, and a new trial ordered, with costs to appellant to abide event, unless plaintiff shall stipulate to reduce the verdict to $500, in which event the judgment, as so modified, and order, affirmed, without costs to either party on this appeal.

GRAY, Respondent, v. CARTER, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by John W. Gray against Ella P. G. Carter. F. Bien, for appellant. H. A. Sperry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GREINER, Respondent, v. GREINER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Frederick Greiner, as surviving administrator, etc., of Magdalena Greiner, deceased, against William Greiner and another. No opinion. Judgment and order affirmed, with costs.

GRINBERG, Appellant, v. TOBACK et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Lassar J. Grinberg against David Toback and others. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, as there was no evidence that the note sued upon was paid.

GROSBACK, Respondent, v. WEBER, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by William Grosback against John George Weber. No opinion. Judgment of the Municipal Court affirmed, with costs.

GROSS v. GORSCH. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Paul Gross against Hugo Gorsch. No opinion. Motion granted on payment of $10 costs. Order filed.

In re GROSVENOR. (Supreme Court, Appellate Division, First Department. June 26,